**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-52677 | JEH | Judge: | John E. Hoffman, Jr. | Trustee Name: | CHRISTAL L. CAUDILL |
|---|---|---|---|---|---|---|
| Case Name: | Groves Venture LLC | | | | Date Filed (f) or Converted (c): | 04/18/2014 (f) |
| | | | | | 341(a) Meeting Date: | 05/22/2014 |
| For Period Ending: | 05/23/2014 | | | | Claims Bar Date: | 08/25/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Claims For The Avoidance And Recovery Of The Fraudulent Conv | 450,000.00 | 450,000.00 | | 0.00 | 450,000.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $450,000.00     $450,000.00     $0.00     $450,000.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

05/02/14 Application to Employ Counsel Filed & Granted


Initial Projected Date of Final Report (TFR): 12/31/2015     Current Projected Date of Final Report (TFR): 12/31/2015

Trustee Signature:     /s/ CHRISTAL L. CAUDILL     Date: 05/23/2014

CHRISTAL L. CAUDILL
3757 Attucks Drive
Powell, Ohio 43065
(614) 389-4940